| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
|  | DBiderman@perkinscoie.com |
| 2 | Charles C. Sipos (*pro hac vice*) |
|  | CSipos@perkinscoie.com |
| 3 | Mica D. Simpson (*pro hac vice*) |
|  | MSimpson@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|  | Four Embarcadero Center, Suite 2400 |
| 5 | San Francisco, CA  94111-4131 |
|  | Telephone:  415.344.7000 |
| 6 | Facsimile:  415.344.7050 |
| 7 | Attorneys for Defendant |
|  | General Mills, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DANIEL KELLOGG, | Case No. 4:14-CV-00939-YGR |
| Plaintiff, | ORDER REGARDING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. |  |
| GENERAL MILLS, INC., |  |
| Defendant. |  |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties dated May 29, 2014, and good cause appearing, the Court hereby orders as follows:

1. The Case Management Conference currently scheduled for June 9, 2014, is XCECVGF , along with the June 2, 2014, date for submission of a Case Management Statement.

2. The Court will set a date for a Case Management Conference as necessary after it has issued its ruling on General Mills' pending Motion [Dkt. No. 25].

IT IS SO ORDERED.
DATED: June 2, 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

-1-

ORDER GRANTING CMC CONTINUANCE

14577-0070/LEGAL120398625.1